Andorra Nurseries, Inc., Appellant *v.* Board of Supervisors of Whitemarsh Township and Whitemarsh Township, Appellees.

Argued December 13, 1982, before President Judge CRUMLISH, JR. and Judges ROGERS and MACPHAIL, sitting as a panel of three.

*Edward J. Hughes, Kaufman & Hughes,* for appellant.

*Ross Weiss, Shor, Levin & Weiss,* P.C., for appellees.

OPINION BY JUDGE ROGERS, January 31, 1983:

This is an appeal of Andorra Nurseries, Inc. from an order of the Court of Common Pleas of Mont-

gomery County affirming the decision of the Board of Supervisors of Whitemarsh Township denying the appellant's application for final subdivision approval. We affirm the order on the opinion of Judge STANZIANI reported at     Pa. D. & C.3rd     (     ).

### ORDER

AND Now, this 31st day of January, 1983, the order of the Court of Common Pleas of Montgomery County dated October 8, 1980 is affirmed.